IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CATINA FRANKLIN TOLLETT, | § § | |
| *Plaintiff,* | § § § | SA-23-CV-00490-ESC |
| vs. | § § | |
| KILOLO KIJAKAZI, | § § § | |
| *Defendant.* | § § | |

# FINAL JUDGMENT

On this day, the Court affirmed the Commissioner's decision finding Plaintiff not disabled. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is supported by substantial evidence, no reversible legal error occurred in the administrative proceedings, and the decision of the Commissioner of Social Security is hereby affirmed.

SIGNED this 13th day of March, 2024.

*[signature]*

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE